Prob 12C (12/04)
(D/KS 01/13)

# United States District Court
## for the
## District of Kansas



PACTS# 11961

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Jonearl B. Smith**   Case Number: **1083 6:07CR10142-004**

Name of Sentencing Judicial Officer: Honorable J. Thomas Marten, Chief U.S. District Judge

Date of Original Sentence: 09/07/2010

Original Offense: Count 1: Conspiracy to Participate in Racketeer Influenced and Corrupt Organization
Count 2: Conspiracy to Distribute Fifty (50) Grams or More of Cocaine Base

Original Sentence: Imprisonment - 77 months
Supervised Release - 5 years

Type of Supervision: TSR              Date Supervision Commenced: 02/14/2014
Asst. U.S. Attorney: Debra Barnett     Defense Attorney: Mark L. Bennett, Jr.

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime." (Mandatory Condition)**<br><br>On July 12, 2014, Jonearl B. Smith was arrested by the Wichita Police Department for Felon in Possession of a Firearm. Evidence in support of this alleged violation is information obtained from Detective Chad Beard with the Wichita Police Department. |
| 2 | **"The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon." (Mandatory Condition)**<br><br>On July 12, 2014, the defendant was found to be in possession of two (2) firearms. Evidence in support of this alleged violation is information obtained from Detective Chad Beard with the Wichita Police Department. |

Prob 12C                                -2-

Name of Offender: Jonearl B. Smith                    Case Number: 1083 6:07CR10142-004

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for years, for a total term of years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 07/14/2014

by _____
Chris Towner
U.S. Probation Officer

Approved:
_____
Bryce J. Beckett, SUSPO

Please indicate the Court response below and return to the U.S. Probation Officer

☐ No Action
☒ The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

_____
Signature of Judicial Officer

July 14 2014
Date

cc: AUSA